≫JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | | **U.S. District Court - District of Massachusetts** |
|---|---|---|

**Place of Offense:**  **Category No.** II   **Investigating Agency** FBI

**City** Cambridge

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  15-mj-1189-DLC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: KIM N. DALEY   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: (City & State) Boston, MA

Birth date (Yr only): 1970   SSN (last4#): 7654   Sex: M   Race: _____   Nationality: USA

**Defense Counsel if known:** _____   Address: _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Kenneth G. Shine   Bar Number if applicable: 459210

Interpreter: ☐ Yes  ☑ No   List language and/or dialect: _____

Victims: ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

Matter to be SEALED: ☐ Yes  ☑ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: 08/21/2015

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Middlesex   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/28/2015   Signature of AUSA: _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    KIM N. DALEY

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 2113(a) | Bank Robbery | 1-3 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____