UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 16 - 10011 |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. § 2113(a) |
| KIM N. DALEY, | ) | (Bank Robbery) |
| | ) | 18 U.S.C. § 981(a)(1)(C) & |
| | ) | 28 U.S.C. § 2461(Forfeiture) |
| Defendant. | ) | |

## INDICTMENT

COUNT ONE:      18 U.S.C. § 2113(a) - Bank Robbery

The Grand Jury charges that:

On or about June 1, 2015, at Cambridge, in the District of Massachusetts,

### KIM N. DALEY,

defendant herein, did, by force and violence, and by intimidation, take from the person and presence of another money, in the amount of $2,601.00, more or less, belonging to and in the care, custody, control, management and possession of an East Cambridge Savings Bank branch located on Massachusetts Avenue in Cambridge, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

(18 U.S.C. § 2113(a) - Bank Robbery)

The Grand Jury further charges that:

On or about August 7, 2015, at Boston, in the District of Massachusetts,

### KIM N. DALEY,

defendant herein, did, by force and violence, and by intimidation, take from the person and presence of another money, in the amount of $1,605.00, more or less, belonging to and in the care, custody, control, management and possession of a Rockland Trust Company branch located on North Harvard Street, in Allston, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

(18 U.S.C. § 2113(a) - Bank Robbery)

The Grand Jury further charges that:

On or about August 14, 2015, at Cambridge, in the District of Massachusetts,

### KIM N. DALEY,

defendant herein, did, by force and violence, and by intimidation, take from the person and presence of another money, in the amount of $4,133.00, more or less, belonging to and in the care, custody, control, management and possession of a Naveo Credit Union branch located on Hampshire Street, in Cambridge, Massachusetts, a credit union the deposits of which were then insured by the National Credit Union Administration Board.

All in violation of Title 18, United States Code, Section 2113(a).

<u>FORFEITURE ALLEGATIONS:</u>   18 U.S.C. § 981(a)(1)(C) and
                               28 U.S.C. § 2461(c)

The Grand Jury further charges that:

1.   Upon conviction of any of the offenses charged in Counts One through Three of this Indictment,

**KIM N. DALEY,**

defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of such offenses.

2.   If any of the forfeitable property described in paragraph 1, above is being forfeited pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, as a result of any act or omission of the defendant

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of this Court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 18, United States Code, Section

981(a)(1)(C), Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Kenneth G. Shine
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                January 14, 2016

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12:05 p.m.
1/14/16